IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TRIUMPH MORTGAGE CORP., | § | |
| | § | No. 621, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 09C-09-203(N) |
| LAWRENCE E. MERGENTHALER, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 24, 2020
Decided: January 28, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, and **VAUGHN**, Justices.

## **ORDER**

This 28th day of January, 2020, after careful consideration of the parties' supplemental memoranda, we find it evident that the decision after remand of the Superior Court should be affirmed on the basis of and for the reasons stated in its December 20, 2019 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice